# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
## U.S. Probation / Pretrial Services

**Myron L. Smith**
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
Fayetteville, AR 72701
479-442-9892
Fax -479-442-5276

April 20, 2007

Honorable Jimm Larry Hendren
Chief U.S. District Judge
P.O. Box 3487
Fayetteville, Arkansas 72702

RE: **GLASS, Amie M.**
Dkt. #5:06CR50025-001
<u>Status Report</u>

Dear Judge Hendren:

This is to seek the Court's guidance in the matter of supervision in the case regarding home detention on the above-named individual. The defendant was sentenced by Your Honor on October 20, 2006, for one count of bank fraud, to 5 months custody of the Bureau of Prisons, three-year term of supervised release with five months of that supervision on home detention, $5,000 fine, and $100 special assessment fee. Supervision commenced on April 13, 2007, in the Western District of Arkansas, Fayetteville Division.

Since defendant's sentencing, there is new technology available to our district to assist in the monitoring of home confinement. This technology is Voice Verification Monitoring and provides random phone calls to the defendant at home to verify that defendant is in compliance with her home confinement condition. We believe this system is the least costly and most efficient way to monitor home detention without electronic monitoring.

Based on our availability of this technology we are requesting the defendant be monitored under this system. Should Your Honor require further information, please advise.

Respectfully Submitted,

Michael K. Scott
U.S. Probation Officer

✓ Approved
___ Denied

Honorable Jimm Larry Hendren
Chief U.S. District Judge

4/20/07
Date

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
APR 2 0 2007
CHRIS R. JOHNSON, CLERK
BY _____
DEPUTY CLERK